UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA CONWAY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1333 |
| | § | |
| GC SERVICES LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on June 20, 2014 (Doc. 4) this case is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 30th day of June, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE